IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

JEAN JOCELYN MERILIEN,               )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          CV 325-074
                                     )
BRANDON HARNER, SGT. (TSP);          )
MS. DENISHA FOSTER, DWS (TSP);       )
ANDREW MCFARLANE, Head Warden;       )
CRYSTAL L. MOON, Director State Board)
of Pardons and Paroles Clemency Division; )
PAROLE BOARD 5 MEMBERS,              )
                                     )
          Defendants.                )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a federal claim upon which relief may be granted, **DENIES** as **MOOT** Plaintiff's Motion to Add Claims, (doc. no. 4), **DISMISSES** any potential state law claim without prejudice, and **CLOSES** this civil action.

SO ORDERED this 6 day of November, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE